IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TANGELA WILLIAMS,

    Plaintiff,

v.                                                CASE NO. 1:14-cv-00129-MP-GRJ

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 3, 2015.  (Doc. 16).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff has filed objections at Doc. 17.  I have made a de novo review based on those objections.  Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation (doc. 16) is adopted and incorporated by reference in this order.

    2.    The decision of the Commissioner, denying benefits, is AFFIRMED.

    **DONE AND ORDERED** this  _27th_ day of August, 2015

                                           *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge